# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-3744

———————————————

JANET ELDRIDGE,

Appellant,

v.

ANTHONY BROTHERS, M.D.,

Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

February 8, 2019

PER CURIAM.

AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Janet Eldridge, pro se, Appellant.

Aaron P. Ryan and Leslie C. Barszczak of Hall Prangle & Schoonveld, LLC, Pensacola, for Appellee.